UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Wellness Media LLC,               :
                                  :     25 CV 6443 (LAP)
               Plaintiff(s),      :
                                  :     **ORDER OF CONFERENCE**
       -against-                  :
Four Sigma Foods Inc.,            :
                                  :
               Defendant(s).      :
                                  :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on December 10, 2025 at 9:30 am for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 11/4/25
New York, New York