UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLNESS MEDIA LLC D/B/A DR.
PEDRE WELLNESS,

                    Plaintiff,              No. 25-CV-6443 (LAP)

-against-                                   ORDER

FOUR SIGMA FOODS, INC., et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

       It is hereby ORDERED that counsel are directed to appear telephonically for a pretrial conference in the above-captioned action on June 10, 2026, at 10:30 am.  The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated:    May 13, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1