UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLNESS MEDIA LLC D/B/A DR.
PEDRE WELLNESS,

                    Plaintiff,           No. 25-CV-6443 (LAP)

-against-                                ORDER

FOUR SIGMA FOODS, INC., et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     The teleconference scheduled for June 10, 2026, is

adjourned.  It is hereby ORDERED that counsel are directed to

appear telephonically for a pretrial conference in the above-

captioned action on June 23, 2026, at 11:00 am.  The dial in is

1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated:    May 22, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge