UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLNESS MEDIA LLC D/B/A DR.
PEDRE WELLNESS,

                    Plaintiff,

-against-

FOUR SIGMA FOODS, INC., et al.,

                    Defendants.

No. 25-CV-6443 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     Having adjourned the teleconference scheduled for June 23, 2026, it is hereby ORDERED that counsel are directed to appear telephonically for a pretrial conference in the above-captioned action on June 30, 2026, at 2:00 pm.  The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated:     June 24, 2026
           New York, New York

LORETTA A. PRESKA
Senior United States District Judge

1