UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLNESS MEDIA LLC D/B/A DR. PEDRE WELLNESS,<br><br>Plaintiff,<br><br>-against-<br><br>FOUR SIGMA FOODS, INC., et al.,<br><br>Defendants. | No. 25-CV-6443 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The pretrial conference currently scheduled for November 17, 2026, is adjourned. The parties shall appear telephonically for a conference on November 23, 2026, at 10:00 am. The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge