UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLNESS MEDIA LLC D/B/A DR. PEDRE WELLNESS,

Plaintiff,

-against-

FOUR SIGMA FOODS, INC., et al.,

Defendants.

No. 25-CV-6443 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The pretrial conference currently scheduled for November 23, 2026, is adjourned. The parties shall appear telephonically for a conference on December 1, 2026, at 12:00 pm. The dial in is 1-855-244-8681, the access code iS 231-900-63202.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge